UNITED STATES DISTRICT COURT
~~NORTHERN~~ Northern ~~EASTERN~~ DISTRICT OF ~~OKLAHOMA~~ GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
APR 0 2 2019
JAMES N. HATTEN, Clerk
By: Deputy Clerk

Plaintiff(s)

vs.

Case Number: 1:19-CV-1220-WMR

Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:
> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

__Willy Harpo-Brown__
[name of party]

who is a (check one)  ☒ PLAINTIFF  ☐ DEFENDANT  in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**
   (Check one) ☐ YES  ☒ NO

2. **Does party have any parent corporations?**
   (Check one) ☐ YES  ☒ NO
   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**
   (Check one) ☐ YES  ☒ NO
   If YES, identify all such owners:

4.  **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one) ☑ YES ☐ NO

    If YES, identify entity and nature of interest:

    (1) The Connor Group, LLC

5.  **Is party a trade association?**

    (Check one) ☐ YES ☑ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

DATED this 2 day of April, 20 19.

Signature

Printed Name: Wendy Harps Brown          Bar Number

Firm Name

Address: 537 Oliver Street NW

City: Atlanta          State: Ga.          ZIP: 36318

Phone          Fax

Email Address

# CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):




I hereby certify that on ____4/2/19____ (Date), I served the same document by
☐ U.S. Postal Service   ☒ In Person Delivery
☐ Courier Service        ☐ E-Mail

on the following, who are not registered participants of the ECF system:


Name(s) and Address(es):

_____
Signature