OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GEORGIA 30303-3361

OFFICIAL BUSINESS

WMB

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 04 2019

JAMES N. HATTEN, Clerk
By: \_\_\_\_\_ Deputy Clerk



U.S. POSTAGE >> PITNEY BOWES
ZIP 30303 $ 000.50⁰
02 1W
0001383857 MAR. 22 2019



Wilhy Harpo-Brown
134 John W, Dobbs Ave., SE
Atlanta, GA 30303

NIXIE    305  DE 1       0004/02/19
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 30303336199    *2091-03324-02-29

30303>3361