FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 03 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT
ATLANTA DIVISION

| | | |
|---|---|---|
| Wihly Harpo-Brown | , * | **CIVIL ACTION NO.** |
| **Plaintiff** | , * | 1:19-cv-1220-WMR |
| | * | |
| v. | * | |
| | * | |
| CITY OF ATLANTA | ; * | |
| ATLANTA POLICE DEPARTMENT | ; * | |
| APD DEPUTY JOHN DOE 1 | ; * | |
| APD DEPUTY JOHN DOE 2 | ; * | |
| APD DEPUTY JOHN DOE 3 | ; * | |
| THE CONNOR GROUP, a real estate investment firm, LLC | ; * | |
| JOHN DOE LOCKSMITH | . | |
| **Defendants** | . * | |

(OFFICIAL AND PERSONAL CAPACITIES PER OFFICIAL DEFENDANTS)

## MOTION FOR AN ORDER GRANTING LEAVE TO PROCEED AND SERVE THE COMPLAINT

**NOW COMES** the Petitioner and Plaintiff, pro se, ("Harpo;" "Petitioner;" or "Plaintiff"), in the above action, pursuant to us Const. 5th and 14th Amend., to move this Court to proceed with the judicial frivolity determination of this action, for leave to serve and prosecute this action.. In support hereof, Plaintiff shows the following:

Plaintiff filed this action in the March 2019. (Docket # ). Plaintiff was permitted to proceed without advance cost absent consideration of the Plaintiff's Motion to Proceed upon Partial Payment of Costs. (Docket # ).

Since the filing of the instant complaint under urgent circumstances, the Court has declined to issue a ruling concerning the frivolity of the Plaintiff's complaint. Because the Court has failed to so rule, the Plaintiff has continuously been enjoined from having meaningful access to the federal court while, simultaneously being enjoined from pursing the instant action in the state court, the plaintiff's primary venue of preference. Thus, the Plaintiff has been, to date, completely and utterly denied any access to all of the state and federal courts of proper jurisdiction in Georgia apparently by design.

In each prior action filed by the Plaintiff with a pauper's affidavit, this Court has ruled on the issue of frivolity relatively quickly. The fact of the delay in the frivolity ruling is alarming and obstructive to the Plaintiff's interest. Plaintiff desires to proceed with the litigation or appeal of this matter, whichever may be necessary contingent upon upon the ruling of this Court on the issue of frivolity.

**Whereas**, for the reasons above, and more yet unsaid, the Plaintiff hereby objects to the delay in the filing of the order concerning the frivolity of the Plaintiff's complaint and moves this Court , and consider to render a final judgment on the merits of the Plaintiff's complaint concerning frivolity as soon as possible from this date..

**Respectfully filed and submitted,**

This 10th day of June 2019.    _____,**Wihly Harpo-Brown**, Plaintiff.