UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILHY HARPO-BROWN,

    Plaintiff,

v.

CITY OF ATLANTA, et al.,

    Defendants.

CIVIL ACTION FILE

NO. 1:19-cv-1220-WMR

## J U D G M E N T

This action having come before the Court, the Honorable William M. Ray, II, United States District Judge, for a frivolity review pursuant to 28 U.S.C. § 1915(e)(2), and the Court having rendered its decision, it is

**Ordered and Adjudged** that Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated at Atlanta, Georgia this 9th day of September, 2019.

JAMES N. HATTEN
CLERK OF COURT

By:  s/R. Spratt
     Deputy Clerk

Prepared and Entered
In the Clerk's Office
September 9, 2019
James N. Hatten
Clerk of Court

By: s/R. Spratt
    Deputy Clerk