IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 3 0 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| Wilhy Harpo | * | **CIVIL ACTION NO.** |
| v. | * | 1:19-CV-_01220_-WMR |
| | * | |
| City of Atlanta; et al. | * | |

## NOTICE OF APPEAL

NOW COMES the Plaintiff, in proper person, Wilhy Harpo ("Harpo"), in the above matter, pursuant to Federal Rules of Appellate Procedure, to appeal to the UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT from the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA – ATLANTA DIVISION, such final order filed and entered on or about _____.

The CLERK OF COURT shall omit nothing from the record of this matter on appeal. The record on appeal shall not contain a transcript of proceedings as no proceedings were conducted by the COURT.

Respectfully filed and submitted,

This _30_ day of October, 2019.               _____, Wilhy Harpo, Plaintiff.

wilhyharpo@gmail.com

537 Oliver Street, NW

Atlanta, Georgia 30318