JAMES N. HATTEN                                                                  DOCKETING SECTION
DISTRICT COURT EXECUTIVE                                                         404-215-1655
 AND CLERK OF COURT

November 1, 2019

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia    30303

   **U.S.D.C. No.: 1:19-cv-1220-WMR**
   **U.S.C.A. No.: 00-00000-00**
   **In re:**   **Wilhy Harpo-Brown v. City of Atlanta, et al.**

   Enclosed are documents regarding an appeal in this matter.   Please acknowledge
receipt on the enclosed copy of this letter.

  X  **Certified copies of the Notice of Appeal, Docket Sheet, Clerk's Judgment, and
     Order appealed enclosed.**
_____

     This is not the first notice of appeal.   Other notices were filed on: .
_____

  X  **There is no transcript.**
_____

     The court reporter is .
_____

     There is sealed material as described below: .
_____

     Other:   .
_____

     Fee paid electronically on .
_____

     Appellant has been   leave to file *in forma pauperis*.
_____

     This is a bankruptcy appeal.   The Bankruptcy Judge is .
_____

     The Magistrate Judge is .
_____

  X  **The District Judge is William M. Ray, II.**
_____

     This is a **DEATH PENALTY** appeal.
_____

          Sincerely,

          James N. Hatten
          District Court Executive
          and Clerk of Court

        By:   <u>Kimberly Carter</u>
          Deputy Clerk

Enclosures