IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 3 0 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| Wilhy Harpo | * | **CIVIL ACTION NO.** |
| v. | * | 1:19-CV-<u>01220</u>-WMR |
| City of Atlanta, et al. | * | |

# MOTION FOR RECONSIDERATION & MOTION TO SET ASIDE AND VACATE THE FINAL ORDER (CONSOLIDATED)

NOW COMES the Plaintiff, in proper person, Wilhy Harpo ("Harpo"), in the above matter, pursuant to Federal Rules of Appellate Procedure, to MOVE THIS Court for reconsideration of the final order, such final order filed and entered on or about _____. In support hereof, Plaintiff shows the following:

1. The District Court erred by dismissing the Complaint without, first, providing prior notice of the Court's intent to dismiss the case and an

opportunity for the amendment of the Complaint to satisfy any alleged deficiencies;

2. The District Court erred by dismissing the Complaint without, first, providing prior notice of the Court's intent to dismiss the case with prejudice without, first, ascertaining the cause of any alleged deficiency and whether such alleged deficiency is the fault or within the knowledge of the Plaintiff, or if such was intently left uncured by the Plaintiff.

**Whereas**, for the reasons foregoing and within, Plaintiff moves this Court to reconsider; set aside; and vacate the subject final order and reinstate the case to the former posture for trial on the merits.

**Respectfully filed and submitted,**

This 30 day of October, 2019.  _____, Wilhy Harpo, Plaintiff.

wilhyharpo@gmail.com
537 Oliver Street, NW
Atlanta, Georgia 30318