IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| Wilhy Harpo-Brown, | |
|---|---|
| Plaintiff, | CIVIL ACTION FILE NO: |
| v. | 1:19-cv-1220-WMR |
| City of Atlanta, et al, | |
| Defendants. | |

## **ORDER**

This matter is before the Court on the Motion for Reconsideration [Doc. 18]. The Motion for Reconsideration is DENIED as moot as the Plaintiff has appealed this case to the 11th Circuit Court of Appeals.

**IT IS SO ORDERED**, this 19th day of November, 2019.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE