OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S W
ATLANTA, GEORGIA 30303-3361

OFFICIAL BUSINESS

CLEARED DEC - 4 2019 U.S. Marshals

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC - 4 2019

JAMES N. HATTEN, Clerk
By:  Deputy Clerk

U.S. POSTAGE » PITNEY BOWES
ZIP 30303 $ 000.65
02 1W
0001383857 NOV. 19 2019

Wilhy Harpo-Brown
134 John W. Dobbs Ave., SE
Atlanta, GA 30303

NIXIE   300  DE 1        0012/02/19
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 30303336199     *1024-04833-21-03