## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

January 09, 2020

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 19-14437-CC
Case Style: Wilhy Harpo-Brown v. City of Atlanta, et al
District Court Docket No: 1:19-cv-01220-WMR

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Carol R. Lewis, CC/lt
Phone #: (404) 335-6179

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 19-14437-CC

WILHY HARPO-BROWN,

Plaintiff-Appellant,

versus

CITY OF ATLANTA,
ATLANTA POLICE DEPARTMENT,
JOHN DOE 1,
APD Deputy,
JOHN DOE 2,
APD Deputy,
JOHN DOE 3,
APD Deputy,
et al.,

Defendants-Appellees.

Appeal from the United States District Court
for the Northern District of Georgia

Before: MARTIN, GRANT and LUCK, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Wilhy Harpo-Brown's October 30, 2019 notice of appeal is untimely to appeal from the September 9, 2019 final judgment because Mr. Harpo-Brown had 30 days—or until October 9, 2019—to file an appeal. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). We therefore lack jurisdiction over this appeal. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300-02 (11th Cir. 2010) (explaining that the timely filing of a notice of appeal is a jurisdictional requirement); *see also Hamer v.*

*Neighborhood Hous. Servs. of Chicago*, 138 S. Ct. 13, 20 (2017) (explaining that the rule is jurisdictional because it appears in a statute).

All pending motions are DENIED as moot. No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.